**SEALED**

**FILED**

DEC 0 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PARTIAL SEALING OF ) <br> SEARCH WARRANT RETURN ) <br> ) | Case No. 07-SW-333-GGH <br><br> **UNDER SEAL** |

### S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the page 7 of 12 of documents attached to the search warrant return (which contains sexually explicit photographs) in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: Dec 6, 2007

**GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE